UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| CHARLIE BERNARD MACON, #269718,<br>  Plaintiff,<br><br>-v-<br><br>LARRY BRYAN, BRYAN MORRISON, and<br>THOMAS WATSON,<br>  Defendants. | No. 1:12-cv-138<br><br>HONORABLE PAUL L. MALONEY |

## **JUDGMENT**

Having granted summary judgment for Defendants, pursuant to Fed. R. Civ. P. 58, **JUDGMENT** is entered in favor of Defendants and against Plaintiff Charlie Bernard Macon.

**THIS ACTION IS TERMINATED.**

**IT IS SO ORDERED.**


Date:  April 17, 2013                              /s/ Paul L. Maloney
                                                   Paul L. Maloney
                                                   Chief United States District Judge